UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

08 JUN 12 AM 9:46

'08 MJ 1825

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Case No._____ |
| ) | |
| Plaintiff, ) | DEPUTY |
| ) | <u>COMPLAINT FOR VIOLATION OF</u> |
| v. ) | |
| ) | Title 18, U.S.C., Section 1544 |
| **Arturo POPOCA-Vences** ) | Misuse of Passport |
| ) | |
| Defendant. ) | |
| _____ ) | |

The undersigned complainant being duly sworn states:

On or about **June 10, 2008** within the Southern District of California, defendant **Arturo POPOCA-Vences,** did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting U.S. Passport number **037378652**, issued to **Larry Michael Ogden**, to a Department of Homeland Security, Customs and Border Protection Officer, knowing full well that he was not **Larry Michael Ogden**, that the passport was not issued or designed for his/her use, and that he is not a United States citizen entitled to a U.S. Passport. All in violation of Title 18, United States Code, Section 1544.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS **12th DAY OF JUNE, 2008.**

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On June 10, 2008 at approximately 2159 hours, **Arturo POPOCA-Vences (Defendant),** applied for admission into the United States from Mexico via the pedestrian primary lanes at the San Ysidro, California Port of Entry. Defendant presented a photo-altered United States passport bearing his picture and the name of Larry Michael Ogden to a Customs and Border Protection (CBP) Officer. Defendant stated that he was traveling to Los Angeles. The CBP Officer noticed the U.S. Passport was photo-altered and escorted Defendant to secondary for further inspection.

In secondary, the U.S. passport was confirmed to be photo-altered and further investigation revealed that the passport had been reported Lost/Stolen on or about February 1, 2004. Defendant was queried by ten-digit fingerprint and photograph submission through the Automated Biographic Identification System and the Integrated Automated Fingerprint Identification System (IDENT/IAFIS). IDENT/IAFIS returned a match to the query, verifying Defendant's revealing Defendant's true identity and linking him to Immigration Service and FBI records. IDENT/IAFIS returned a match to the query, identifying Defendant as a citizen of Mexico and a previously deported alien.

Immigration service records, including the Central Index System (CIS) and the Deportable Alien Control System (DACS) identify Defendant as a citizen of Mexico. DACS indicates Defendant has been removed from the United States and was most recently removed to Mexico on or about May 29, 2008 through San Ysidro, California. Immigration records contain no evidence that Defendant has applied for or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to legally re-enter the United States.

During a video recorded interview, Defendant was advised of his Miranda rights. Defendant acknowledged his rights and agreed to answer questions without benefit of counsel. Defendant admitted he is a citizen of Mexico without legal documents that would permit his legal entry into the United States. Defendant admitted he was deported from the United States to Mexico by an Immigration Judge and has not applied for a pardon or received permission from the United States Government to re-enter the United States. Defendant stated if successful in entering the United States he was to travel to Los Angeles, California where he was to seek employment. Defendant admitted that he was to be charged $2,000 USD for use of the U.S. Passport to attempt to enter the United States illegally. Defendant stated that an unknown male took his picture, which was then inserted in the U.S. Passport that he used to attempt to enter the United States. Defendant stated that he was also given a piece of paper with biographical information from the passport to memorize in order to answer any questions that may be asked by the CBP Officer.